UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CRAIG ALAN TOAZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:23-cv-00253-MPB-MJD |
| ) | |
| WARDEN TERRE HAUTE CAMP, ) | |
| ) | |
| Respondent. ) | |

## FINAL JUDGMENT

Craig Alan Toaz's petition for writ of habeas corpus is dismissed as moot.

Dated: April 4, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

CRAIG ALAN TOAZ
07990-040
No current address on file – copy available upon request from Clerk's Office.

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov